Robert P. Blalock Jr
(Name)
P.O. Box 911
(Address)
Imperial CA 92251
(City, State, Zip)
F85368
(CDCR / Booking / BOP No.)

FILED
JUN 11 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# United States District Court
## Southern District of California

Rober P. Blalock Jr.
(Enter full name of plaintiff in this action.)

Plaintiff,

v. R&R Sargent K. Solario
R&R C/O Varges
Andre Green (new warden)
Ken Phillips (CRM)
Fedencio N. Guzman (retired warden)
Assitant warden Lainnardo Black
(Enter full name of each defendant in this action.)

Defendant(s).

Civil Case No. '26CV3567 JLS MSB
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

______________________________

## B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Plaintiff, Robert Pual Blalock Jr. (print Plaintiff's name), who presently resides at Po Box 911 Imperial CA 92251 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at Centinela state Prison (institution/place where violation occurred) on (dates) 11-6-25 (Count 1), 1-8-26 (Count 2), and 3-6-26 (Count 3) 10-2025

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant ANdRE GREEN resides in ________ (County of residence),
(name)
and is employed as a WARdEN (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: AS WARdEN HE IS RESPONCible FOR TRAINing His IMPOLYEE'S AN IS CULPABLE BY Allowing THIS BEHAVOR TO GO ON At CENTINELA

Defendant VARGES resides in ________ (County of residence),
(name)
and is employed as a R&R C/O (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: By not fAllowing guildlines ON How to HAVE NATIVE INMATES SPREAD THEIR Religious Item's out FOR A VISUAL INSPECTION INSTEAD of Touching THEM with His HANds

Defendant K. SOLARIO resides in ________ (County of residence).
(name)
and is employed as a R&R SERGANT (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FOR NOT TRAINING THE PEOPLE UNDER Him IN the CORRECT PROCEDURE FOR SEARChing NATIVE INMATES Property.

Defendant FEdENCIO N. GUZMAN resides in ________ (County of residence),
(name)
and is employed as a EX-WARdEN/RetiREd (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: AS WARdEN HE IS RESPONCible FOR TRAINing His INPLOYEE'S AN IS CULPABLE By Allowing THi's BEHAVOR TO GO ON UNdER His WAtch At CENTINELA

2. Defendants: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant KEN PHillips resides in ____________,
(name) (County of residence)
and is employed as a Community Ressurce MAN. This defendant is sued in
(defendant's position/title (if any))
his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: 1. SHOW'S HIS violation of Dom § 101110.4 AS CRM 2. HIS BLATANT DISREGARD FOR TITLE 15 § 3481(D), AND . William v. HANSEN 5 F. 4th 1129 (10th CR. 2021)

Defendant ____________ resides in ____________,
(name) (County of residence)
and is employed as a B YARD CPTN. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: BY not Allowing NATIVE COMMUNITY to HAVE A NATIVE REPERSENITIVE ON I.A.C. To SPEAK FOR NATIVE ISSUES THAT ARE going ON WE ARE BEING Silinced THIS violates LAWS & Title IS SEEN IN EXIBIT H4

Defendant CHAPLIN GAPPINGER resides in ____________,
(name) (County of residence)
and is employed as a CATholic CHAPLIN. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: DENY US OUR RELIGIOUS ITEMS OR USE OF THEM

Defendant ____________ resides in ____________,
(name) (County of residence)
and is employed as a ____________. This defendant is sued in
(defendant's position/title (if any))
his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: ____________

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: 1st & 14th Amendments
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

ISSUE(1) ON Oct-15-2025 I ARRived At centinela state prison AS THEY C/O VARGES (R&R officer) AN 2 other staff from R&R searched my property when THEY got to my Religious Box I Explainned to THEM THAT It was my Religious Box and I Had sacred Items THAT I would spead everything out so THEY could vissually Inspect It C/O VARGES And THE other 2 R&R staff said It's THEIR Job and THE Didnt care what I told them THEY were searching my sacred spiritual Items Taking 1. Red BANDANA and 1. Religious Head-gear (SEE) D.O.M. 101060.11 Also section 496(A) of California penal code provides in Relevant Part HN4 in Exibit 1 All case law



§ 1983 SD Form (Rev. 8/15)

Count 2: The following civil right has been violated: 1st & 14th Amendment west's Ann. Cal. Const. Art 1, § 31 & code of fed. Reg. Title 10 § 1040.7 (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.) HR. 1354 2025 WL 3764816 (D.O.J) and All Title 15 & Dom. & In Evidence

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

ISSUE (2) ON 11-2-25 I put A GA-22 Form In to CRM KEN phillips Requesting 1 full metal Dump of wood per. Dom. 101110.4 It Is THE C.R.M.'s Job to Facilitate solicitations of gifts an Donations It Is His Job to Ingage THE community to get THESE Donations so as not to place THE Burden on one person for THE whole prison

HE CAN Also solve This By Having the fire camp here supply THE wood from cleaning an clearing of potential fire area's.

further more mr Phillips Has chaplin Gappinger Barring us from using our Big ceremonial Drum thats In THE chaple

Count 3: The following civil right has been violated: 1st Amendment & 14th Amendment, Title VI of The civil Rights Act of 1964
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

I WAS tranferd to centinela state prison ON 10-15-25 AN WAS put ON THE sweat Lodge List THAT SAME month. After writing 602's for R&R for DESACRAtion of spiritual Items And maltiple on sweatlodge ISSUES KEN pHillips AND His coHorts Took me off THE List.

If As you see on exibit 3 (Retaliation) GA-22 If I got HERE IN Oct. I should HAVE BEEN TAKEN off IN April of 2026.

I HAVE not BEEN HERE for A full YEAR for THEM to SAY THAT I HAVE IS FAlse (AS of 1-4-2026) At THE Time THEY Took us off THE List.

(count 4) Exibit 4
will show Title 15 § 3022 violation Along with Title 15 § 3230, Dom. § 53120.1, 53120.4 53120.5 of Article 38

SEE: 2020 WL 1865285
MARCOS CASEY Guillen III V. Sullivan

## D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Robert P. Blalock Jr.
Defendants: Kuntz
(b) Name of the court and docket number: 5:20-CV-2298 GW (MAR)

(c) Disposition: [ For example, was the case dismissed, appealed, or still pending?] Dismissed

(d) Issues raised: Taking of Religious Items / Desicration of Religious Items

(e) Approximate date case was filed: ______.
(f) Approximate date of disposition: 8-21-2021.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

Venble an 602

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

a) Training on Native American spiritual item searches

b) Open I.A.C. position for Native Americans

c) For C.R.M. to follow Dom § 101110.4 and do his job

d) Payment for loss of spiritual items/days didn't Allow us SweatLodge access

2. Damages in the sum of $700.oo for spiritual items

3. Punitive damages in the sum of $ 18 Billion for denial access to SweatLodge

4. Other: For unpaid training of administration and c/o in respectful and dignified searches without desecration of spiritual items. A chapel clerk to do our list and grounds keeper for SweatLodge.

**F. Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court. (Choose one.)

**G. Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this eficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

5-18-26
Date

[signature]
Signature of Plaintiff

Robert P. Blalock Jr.
B5-108 F85368
P.O. Box 911
Imperial CA
92251



RECEIVED

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Clerk of US District court
333 west Broadway, suite 420
San Diego, CA.
92101

CENTINELA STATE PRISON
FACILITY B - BUILDING 5

Legal mail

c/o
#73046

Legal Mail

5/28/26

Legal mail